STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT

---

Jerald Boitnott,

Plaintiff,

v.

Famous Dave's of America, Inc. d/b/a Famous Dave's BBQ Shack and Knutson, LLC,

Defendants.

Court File No.: ________________

**AFFIDAVIT OF SERVICE VIA EMAIL AND U.S. MAIL**

---

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

I, Amanda M. Sicoli, being first duly sworn, states that on the 28th day of June 2018, I served the following documents:

1. Defendants' Answer; and
2. Notice of Removal to Federal Court and Exhibits A-B.

upon the following individuals or entity named below:

Patrick W. Michenfelder
1 Central Ave. W., #203
St. Michael, MN 55376
Email: pat@throndsetlaw.com

by emailing and depositing true and correct copies thereof in a sealed envelope, duly addressed to the above mentioned person, postage prepaid, United States Mail in the City of Minneapolis, State of Minnesota.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: June 28, 2018

*s/ Amanda M. Sicoli*
Amanda M. Sicoli

GP:4813-9988-6700 v1