**Veldhuizen, Jennifer L.**

---

**From:** efilingmail@tylerhost.net
**Sent:** Thursday, June 28, 2018 2:47 PM
**To:** Veldhuizen, Jennifer L.
**Subject:** EFILING SUBMITTED Case 8808927

MINNESOTA JUDICIAL BRANCH

**This message was automatically generated. Do not reply to this e-mail.**

Your submission in case 8808927, has been successfully submitted.

Envelope Number: 8808927
Filing Code: Notice of Removal to Federal Court
Filing Type: EFile
Filing Description: Notice of Removal to Federal Court and Exhibits A-B
Date Submitted: 6/28/2018 2:45 PM CST

---

Minnesota Judicial Branch Disclaimer: This is an official government communication. As the recipient, you are responsible for the lawful use of this information. This e-mail and any attachments are intended solely for the individual or agency to which they are addressed. They may be confidential and/or contain privileged or otherwise non-public information. Do not disseminate this e-mail and any attachments unless you are authorized to do so under applicable court rules or statutes. If you are not the intended recipient of this e-mail, do not copy, distribute, or take any action in reliance upon this e-mail or any attachments and delete this e-mail and any attachments immediately. If you received this e-mail in error, please notify us immediately at 1-800-297-5377. Thank you. Please consider the environment before printing this e-mail.