# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Jerald Boitnott, | Case No.: 18-cv-1786 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Famous Dave's of America, Inc. d/b/a Famous Dave's BBQ Shack and Knutson, LLC, | |
| Defendants. | |

The parties have stipulated to dismissal of this case. Based on a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 13, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge